

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 14-285

RAE TALLEY :

FILED
JUL 0 1 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### WAIVER OF INDICTMENT UNDER FED R. CRM. P. 7(b)

Defendant Rae Talley, accused of one count of conspiracy, in violation of Title 18, United States Code, Section 371, and one count of wire fraud, in violation of Title 18 United States Code, Section 1343, having been advised of the nature of the charges and of her rights, waives in open court prosecution by Indictment and consents to this prosecution proceeding by way of Information instead of by Indictment.

_____
Rae Talley
Defendant

_____
George Newman
Counsel for Defendant

_____
Witness

June 30, 2014