IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL |
| v. | : | |
| RAE' TALLEY | : | NO. 14-285 |

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ 10,000

____X____ O/R
_____ cash
_____ secured by:
    _____ % cash
    _____ property at: _____
    _____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

**FILED**
JUL 0 1 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### PRETRIAL SERVICES

__X__ Defendant shall report to Pretrial Services:
        __X__ **as directed** by Pretrial Services.
        _____ times per week **in person**.
        _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:
_____

_____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

_____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

### PASSPORT

__X__ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

__X__ Travel is restricted to the **Eastern District of Pennsylvania**. ✓
_____ Travel is restricted to the  MD/PA,                               .
__X__ Unless prior permission is granted by Pretrial Services.

## FIREARMS

__X__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

__X__ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:

at: _____

with: _____

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this 30th day of _June_, 2014

BY THE COURT:

_____

(Form Revised December, 2007)

AUSA
_[signature]_

Defense Counsel
_[signature]_

Page 2

xc: MAILED
M-COSTELLO AUSA
G. NEWMAN