IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RAE TALLEY | : | NO. 14-285 |

### ORDER

AND NOW, this 2nd day of July, 2014, IT IS ORDERED, that any motions, filings, or memoranda related to the sentencing of the above captioned Defendant be submitted to the Court no later than October 7, 2014 or one week before the sentencing date. Any such filings made after this date may not be accepted and will likely result in the continuance of the matter. If Defendant does not intend to submit a sentencing memorandum, Defendant shall notify the Court in writing no later than October 7, 2014 or one week before the sentencing date.

It is further ORDERED that, in the event Defendant seeks a variance or departure, Defendant shall employ those terms in accordance with the Third Circuit's opinion in U.S. v. Jackson, 467 F.3d 834, 837 n. 2 (3d Cir. 2006).

IT IS SO ORDERED

/s/ Paul S. Diamond
_____
Paul S. Diamond, Judge