

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: July 2, 2014 |
| vs. | : | |
| RAE TALLEY | : | Criminal No. 14-285 |

FILED
JUL 03 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

     **TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>October 14, 2014</u> at <u>11:00 a.m.</u> before the Honorable <u>Paul S. Diamond</u>, in <u>Courtroom 6-B, 6th floor</u>.

     **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

     If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/     Marion Scarengelli
Deputy Clerk to Judge Diamond

[ ] **INTERPRETER REQUIRED**
[ ] **RESCHEDULED FROM**_____

Notice to:
Defendant
George Newman, Esq. (e-mail)
Mary Kay Costello, A.U.S.A. (e-mail)
U.S. Marshal (e-mail)
Judy Hunt, Probation Office (e-mail)
Pretrial Services (e-mail)
Larry Bowman (e-mail)

Cr 4 (rev. 8/97)