PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| CASE NUMBER (Tran. Court) |
|---|
| 0313 2:14CR0000285-001 |

| CASE NUMBER (Rec. Court) |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Rae Talley | Eastern District of Pennsylvania | Philadelphia |
|  | NAME OF SENTENCING JUDGE | |
|  | The Honorable Paul S. Diamond | |
|  | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4-29-16 / TO 4-28-21 |

FILED
FEB 0 1 2017
KATE BARKMAN
By _____ Clerk
          Dep. Clerk

OFFENSE
conspiracy (Count One) and wire fraud, aiding and abetting (Count Two)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/31/16
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Pennsylvania

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov. 22, 2016
_____
Effective Date

_____
United States District Judge